# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO.: 3:18-CR-019-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| YERIS ANTONIODE PAZ GONZALEZ ) | |

**THIS MATTER IS BEFORE THE COURT** on the Defendant's "Unopposed Motion To Seal Sentencing Exhibits" (Document No. 17) filed July 16, 2018. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the Sentencing exhibits contain sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Unopposed Motion To Seal Sentencing Exhibits" (Document No. 17) is **GRANTED**, and Defendant's Sentencing Exhibits (Document No. 16) are sealed until further Order of this Court.

Signed: July 16, 2018

David C. Keesler
United States Magistrate Judge